# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CASILDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESPARZA ENTERPRISES, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00601 LJO JLT<br><br>ORDER TO PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION; ORDER CONTINUING SCHEDULING CONFERENCE |

On April 28, 2017, the plaintiffs initiated this action for themselves and on behalf of a prospective class. (Doc. 1) On May 1, 2017, the Court issued the summons (Doc. 4) and its order setting the mandatory scheduling conference to occur on July 26, 2017. (Doc. 5) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 5 at 1-2, emphasis added) Despite this, the plaintiffs have not filed a proof of service of the summons and complaint as to the defendant. Nevertheless, on May 22, 2017, the parties stipulated

to allow the defendant until June 19, 2017 to file a responsive pleading (Doc. 6); this has not occurred. Therefore, the Court **ORDERS**,

1. **No later than July 21, 2017**, the plaintiffs **SHALL** show cause why sanctions should not be imposed for the failure to serve and file proofs of service on the defendants. Alternatively, the plaintiff may file proofs of service;

2. Due the failure of the defendant to appear and the lack of proof of service which would prevent entry of default, the scheduling conference, currently set on June 26, 2017 is **CONTINUED** to **August 21, 2017** at 8:30 a.m.

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4. Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated: __**July 13, 2017**__   __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE