1 | ERIC B. KINGSLEY, Esq. (SBN 185123)
eric@kingsleykingsley.com
2 | KELSEY M. SZAMET, Esq. (SBN 260264)
kelsey@kingsleykingsley.com
3 | ARI J. STILLER, Esq. (SBN 294676)
ari@kingsleykingsley.com
4 | KINGSLEY & KINGSLEY, APC
5 | 16133 Ventura Blvd., Suite 1200
Encino, CA 91436
6 | (818) 990-8300, Fax (818) 990-2903

7 | Attorneys for Plaintiff and the Proposed Class
8
Daniel K. Klingenberger, Esq. (SBN 131134)
9 | LAW OFFICES OF
LEBEAU • THELEN, LLP
10 | 5001 East Commercenter Drive, Suite 300
Post Office Box 12092
11 | Bakersfield, California 93389-2092
12 | (661) 325-8962; Fax (661) 325-1127
dklingenberger@lebeauthelen.com
13
Attorneys for ESPARZA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CASILDO; JAIME CHINO SEVERIANO, as individuals, on behalf of themselves and others similarly situated<br><br>PLAINTIFFS,<br><br>v.<br><br>ESPARZA ENTERPRISES, INC; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 1:17-cv-00601-LJO-JLT<br><br>**STIPULATION TO STAY ENTIRE ACTION; [PROPOSED] ORDER THEREON**<br>**(Doc. 13)** |

Plaintiffs Olga Casildo and Jaime Chino Severiano (hereinafter "Plaintiffs") and Defendant Esparza Enterprises, Inc. (hereinafter "Esparza" or "Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the instant action (the "*Casildo* Action") on April 28, 2017;

WHEREAS, Plaintiffs also objected to approval of a class action settlement in the case of *Clendenen v. Esparza Enterprises, Inc. et al.*, Kern County Case No. S-1500-CV-281278-SPC (the "*Clendenen* Action"). Among other arguments, Plaintiffs' objection asserted that the *Clendenen* settlement impermissibly purports to release claims asserted in the *Casildo* action;

WHEREAS, the Kern County Superior Court heard a Motion for Final Approval of the *Clendenen* settlement on June 6, 2017;

WHEREAS, the *Clendenen* court issued a minute order on July 12, 2017 finding the *Clendenen* settlement to be fair, adequate, and reasonable, and overruling Plaintiffs' objections;

WHEREAS, Plaintiffs intend to appeal the order granting final approval of the settlement and overruling their objections;

WHEREAS, the outcome of Plaintiffs' appeal in the *Clendenen* Action could impact the viability of their claims in present case.

NOW THEREFORE, the Parties herby stipulate and agree as follows:

1. The *Casildo* Action shall be stayed in its entirety pending resolution of Plaintiffs' appeal of the order granting final approval of the settlement and overruling objections in the *Clendenen* Action.

2. Within twenty-one (21) days after receiving notice of the Court of Appeal decision regarding Plaintiffs' appeal of the order granting final approval of the settlement, Plaintiffs shall file with this Court a request 1) to lift the stay, 2) to dismiss the *Casildo* Action, or 3) for other appropriate action.

3. In the event the stay of the *Casildo* Action is lifted, Defendant shall have thirty (30) days to file a response to the Complaint in the *Casildo* Action.

IT IS SO STIPULATED.

DATED: July 31, 2017        KINGSLEY & KINGSLEY, APC


                            By: /s/ ARI J. STILLER
                                Eric B. Kingsley
                                Ari J. Stiller
                                Attorneys for Plaintiff and the Proposed Class


DATED: July 31, 2017        LEBEAU • THELEN, LLP


                            By: /s/ DANIEL K. KLINGENBERGER
                                Daniel K. Klingenberger
                                Attorneys for Esparza Enterprises, Inc.

## **ORDER TO STAY ACTION PURSUANT TO STIPULATION**

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders as follows:

1. The *Casildo* Action shall be stayed in its entirety pending resolution of Plaintiffs' appeal of the order granting final approval of the settlement and overruling objections in the *Clendenen* Action, Kern County Case No. S-1500-CV-281278-SPC.

2. Within 10 days of the plaintiffs' decision to forego an appeal in the *Clendenen* action or within 10 days after receiving notice of the Court of Appeal's decision regarding the plaintiffs' appeal in the *Clendenen* Action, the plaintiffs shall file with this Court a request 1) to lift the stay, 2) to dismiss the *Casildo* Action, or 3) for other appropriate action.

3. In the event the stay of the *Casildo* Action is lifted, Defendant shall have 30 days to file a response to the Complaint in the *Casildo* Action.

IT IS SO ORDERED.

   Dated:  **July 31, 2017**                    **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE