# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CASILDO, et al., | CASE NO. 1:17-cv-00601-LJO-JLT |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR THE RESPONSIVE PLEADING** |
| v. | |
| ESPARZA ENTERPRISES, INC, | **(Doc. 18)** |
| Defendant. | |

Based upon the stipulation of the parties (Doc. 18), the Court **ORDERS**:

1. The defendants SHALL file their responsive pleading no later than May 24, 2018.

IT IS SO ORDERED.

Dated: __**April 27, 2018**__         __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE