ERIC B. KINGSLEY, Esq. (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq. (SBN 260264)
kelsey@kingsleykingsley.com
ARI J. STILLER, Esq. (SBN 294676)
ari@kingsleykingsley.com
KINGSLEY & KINGSLEY, APC
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
(818) 990-8300, Fax (818) 990-2903

Attorneys for Plaintiff and the Proposed Class

Daniel K. Klingenberger, Esq. (SBN 131134)
LAW OFFICES OF
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127
dklingenberger@lebeauthelen.com

Attorneys for ESPARZA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CASILDO; JAIME CHINO SEVERIANO, as individuals, on behalf of themselves and others similarly situated<br><br>PLAINTIFFS,<br><br>v.<br><br>ESPARZA ENTERPRISES, INC; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 1:17-cv-00601-LJO-JLT<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT; [~~PROPOSED~~] ORDER THEREON** |

Plaintiffs Olga Casildo, Jaime Chino Severiano, Ofelia Tornes Aguilar, Juan Carlos Veronica Loreto, Moises Veronica Loreto, Marisela Serna, Hermina Veronica Loreto, Margarita Casildo Bailon, Emanuel Casimiro Nandi, Elida Ramirez, and Jasmin Castro Grande ("Plaintiffs") and Defendant Esparza Enterprises, Inc. ("Esparza" or "Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs are a group of current and former Esparza employees who opted out of a class action settlment in the related case of *Clendenen v. Esparza Enterprises, Inc., et al.* (*Clendenen*), Kern County Superior Court Case No. S-1500-CV-281278-SPC;

WHEREAS, the Court lifted a stay in the present matter on March 19, 2018;

WHEREAS, this matter was originally filed as a class action, but after the stay was lifted, Plaintiffs filed a First Amended Complaint ("FAC") on March 22, 2018 dismissing class allegations;

WHEREAS, Plaintiffs filed a Second Amended Complaint ("SAC") on May 31, 2018 to allege individual claims on behalf of Plaintiff Olga Casildo. Ms. Casildo was included in the original complaint but removed from the FAC based on defense counsel's representations that her claims were released by the *Clendenen* settlement. However, Plaintiff's counsel verified that Ms. Casildo opted out of the *Clendenen* settlement and can pursue claims in this action;

WHEREAS, the parties have been engaging in settlement negotiations since the SAC was filed;

WHEREAS, in the course of settlement negotiations, Plaintiff's counsel notified defense counsel that an Esparza employee who was not included in the SAC, Jasmin Castro Grande, had opted out of the *Clendenen* settlement and wishes to pursue claims in this case;

WHEREAS, Plaintiffs wish to file a Third Amended Complaint adding Ms. Castro Grande to this action;

WHEREAS, a proposed Third Amended Complaint is attached hereto as Exhibit "A";

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiffs shall be granted leave to file the Third Amended Complaint attached hereto as Exhibit "A";

2. Defendant shall have 30 days from the date of the filing of the Third Amended Complaint to file a responsive pleading.

IT IS SO STIPULATED.

DATED: August 30, 2018      KINGSLEY & KINGSLEY, APC

              By: */s/ Ari J. Stiller*
                Eric B. Kingsley
                Ari J. Stiller
                Attorneys for Plaintiff and the Proposed Class

DATED: August 30, 2018      LEBEAU • THELEN, LLP

              By: */s/ Kelly Lazerson*
                Kelly Lazerson
                Attorneys for Defendant Esparza Enterprises, Inc.

IT IS SO ORDERED.

Dated: **August 30, 2018**        **/s/ Jennifer L. Thurston**
                  UNITED STATES MAGISTRATE JUDGE

**<u>ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT</u>**

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders as follows:

1. Plaintiffs shall be given leave to file the Third Amended Complaint attached to the parties' stipulation as Exhibit "A";

2. Defendant shall have 30 days from the date of the filing of the Third Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.


Dated: _____        _____
                                                                                 UNITED STATES MAGISTRATE JUDGE