# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CASILDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESPARZA ENTERPRISES, INC,<br><br>    Defendant. | CASE NO. 1:17-cv-00601-LJO-JLT<br><br>**ORDER DENYING STIPULATION TO AMEND CASE SCHEDULE**<br>**(Doc. 35)** |

    As noted by their stipulation, the Court stayed this case for an extended period to allow a related appeal to be decided and which resulted in the dismissal of the class claims. (Doc. 16) Since that time, the parties have been periodically discussing settlement to no avail. (Doc. 32 at 4; Doc. 35 at 2) During this time, it appears they have not diligently sought to complete discovery and the deadline for doing so is fast approaching. (Doc. 24) Consequently, they'd like to reconsider settlement without having to conduct discovery and seek to extend the nonexpert discovery period by four months and all remaining dates by about two months. (Doc. 35 at 2-3) Unfortunately, delayed or ongoing settlement discussions do not constitute good cause to amend the case schedule. <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 610 (9th Cir. 1992).

    Though the Court applauds the parties' willingness to compromise, nothing in the

stipulation[1] supports good cause to amend the case schedule and, therefore, the stipulation is **DENIED.**

IT IS SO ORDERED.

    Dated: **January 4, 2019**                    **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, the proposed amended schedule, is unworkable for the Court. Judge Ishii only hears dispositive motions on Mondays at 10:30, he requires seven weeks between the hearing on the dispositive motions and the pretrial conference and the trial must be at least eight weeks after the pretrial conference.