# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CASILDO, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>ESPARZA ENTERPRISES, INC,<br><br>　　　Defendant. | CASE NO. 1:17-cv-00601-LJO-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT** |

　　　The parties report they had come to terms of settlement. (Doc. 51) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than January 2, 2020**;

　　　2.　　All pending dates, including the trial date, is **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

　　　Dated:　**November 4, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE