**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLGA CASILDO, et al. | Case No.: 1:17-cv-00601 – LJO JLT |
| Plaintiffs, | ORDER GRANTING AN EXTENSION OF TIME |
| v. | (Doc. 54) |
| ESPARZA ENTERPRISES, INC., | |
| Defendant. | |

On November 1, 2019, the parties reported they "reached a settlement in principle" and planned to finalize a written agreement. (Doc. 51) The Court ordered the parties to file a stipulation to dismiss no later than January 2, 2020. (Doc. 53) The parties now request an extension of time, reporting they "are working diligently to secure all signatures on the agreement," but faced delays in doing so because the eleven named plaintiffs "are farm workers without easy access to the technology to sign and scan signature pages, making in-person meetings necessary." (Doc. 54 at 2) The parties also report that several of the plaintiffs were "unavailable during the holidays." (*Id.*) Therefore, the parties request an extension to February 3, 2020. (*See id.* at 2-3)

Notably, at this juncture, the parties have not clarified whether the action has settled *only* the individual claims of the named plaintiffs, or whether the claims of the class have likewise been settled.

Accordingly, the Court **ORDERS**:

1. The parties' request for an extension of time is **GRANTED**;

1

2. Plaintiffs SHALL file a stipulation of dismissal or, in the alternative, a motion for preliminary approval of the class action settlement no later than **February 3, 2020**; and

3. The Clerk is DIRECTED to terminate all remaining motions and hearings.

IT IS SO ORDERED.

    Dated:   **January 9, 2020**                    **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE