1  ERIC B. KINGSLEY, Esq. (SBN 185123)
   eric@kingsleykingsley.com
2  KELSEY M. SZAMET, Esq. (SBN 260264)
   kelsey@kingsleykingsley.com
3  ARI J. STILLER, Esq. (SBN 294676)
   ari@kingsleykingsley.com
4  KINGSLEY & KINGSLEY, APC
5  16133 Ventura Blvd., Suite 1200
   Encino, CA 91436
6  (818) 990-8300, Fax (818) 990-2903

7  Attorneys for Plaintiff and the Proposed Class

8  Daniel K. Klingenberger, Esq. (SBN 131134)
9  Kelly A. Lazerson, Esq. (SBN 151056)
   LAW OFFICES OF
10 LEBEAU • THELEN, LLP
11 5001 East Commercenter Drive, Suite 300
   Post Office Box 12092
12 Bakersfield, California 93389-2092
   (661) 325-8962; Fax (661) 325-1127
13 dklingenberger@lebeauthelen.com
   klazerson@lebeauthelen.com
14
15 Attorneys for Esparza Enterprises, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLGA CASILDO; JAIME CHINO SEVERIANO, as individuals, on behalf of themselves and others similarly situated<br><br>PLAINTIFFS,<br><br>v.<br><br>ESPARZA ENTERPRISES, INC; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 1:17-cv-00601-LJO-JLT<br><br>**STIPULATION RE: DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER (Doc. 56)** |

1   Plaintiffs Olga Casildo, Jaime Chino Severiano, Ofelia Tornes Aguilar, Juan Carlos Veronica Loreto, Moises Veronica Loreto, Marisela Serna, Hermina Veronica Loreto, Margarita Casildo Bailon, Emanuel Casimiro Nandi, Elida Ramirez, and Jasmin Castro Grande ("Plaintiffs") and Defendant Esparza Enterprises, Inc. ("Esparza" or "Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs are a group of 11 current and former field workers who allege wage-and-hour violations against Defendant;

WHEREAS, this matter was originally filed as a class action, but after filing, Defendant resolved the class claims through the settlement in a related case, *Clendenen v. Esparza Enterprises, Inc. et al.*, ("*Clendenen*") Case No. S-1500-CV-281278-SPC, filed February 10, 2014 in Kern County Superior Court;

WHEREAS, several employees appealed the order approving the *Clendenen* settlement and this Court stayed the instant matter while the appeal was pending;

WHEREAS, the Court lifted the stay after the *Clendenen* appeal was dismissed and the settlement became final (Doc. 16);

WHEREAS, Plaintiffs filed amended complaints removing class allegations and adding claims for the above-named 11 individual Plaintiffs who had opted out of the *Clendenen* settlement (*see* Docs. 17, 27, 23, 30);

WHEREAS, on November 1, 2019, the Parties filed a joint Notice of Settlement in Principle, advising the Court that they had reached a settlement in principle and were negotiating the terms of a written agreement (Doc. 51);

WHEREAS, the Court has now ordered the parties to file a stipulation of dismissal by February 3, 2020 and to clarify whether the action has settled only the individual claims of the named Plaintiffs or whether the claims of the class have likewise been settled;

WHEREAS, the parties have entered into a settlement of only the individual claims as those are the only claims now at issue following the earlier stipulated and ordered dismissal of class claims (*see* Doc. 16, fn. 1; Docs. 17, 23, 30);

WHEREAS, the parties have entered into a Confidential Settlement Agreement and

General Release of All Claims requiring the Plaintiffs to dismiss the current case with prejudice;

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of this action and of all claims raised herein against Defendants.

IT IS SO STIPULATED.

DATED: January 30, 2020                KINGSLEY & KINGSLEY, APC

By: */s/ Ari J. Stiller*
Eric B. Kingsley
Ari J. Stiller
Attorneys for Plaintiff and the Proposed Class

DATED: January 30, 2020                LEBEAU • THELEN, LLP

By: */s/ Kelly Lazerson*
Kelly Lazerson
Attorneys for Defendant Esparza Enterprises, Inc.

# **ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 56) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:   **January 30, 2020**                  **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE